UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA PRATHER-EXUM,<br><br>                       Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Acting Commissioner of the Social Security Administration,<br><br>                       Defendant. | No. C11-1458-MAT<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Plaintiff's Motion, and that Defendant has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including January 5, 2012, to file the Opening brief; and

- Defendant shall have up to and including February 2, 2012, to file the Responsive brief; and

- Plaintiff shall have up to and including February 16, 2012, to file the Reply brief.

/

//

ORDER
(C11-1458-MAT)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
(206) 622-8000

1      DATED this 15th day of November, 2011.

                                                     Mary Alice Theiler
                                                     United States Magistrate Judge

Presented by:

s/Anne Kysar
ANNE KYSAR
Attorney for Plaintiff
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
kysar@sgb-law.com